# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| BROOKLYN T., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 3:20-CV-5 |
| ) | |
| KNOX COUNTY BOARD OF EDUCATION, ) | Judge Laurie Michelson |
| et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

**COME** the Parties JOINTLY, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

**GILBERT LAW, PLC**

/s Justin S. Gilbert
JUSTIN S. GILBERT #017079
100 W. Martin Luther King Blvd,
Suite 501
Chattanooga, TN 37402
Telephone: 423-499-3044
Facsimile: 731-664-1540
jgilbert@gilbertfirm.com

**THE SALONUS FIRM, PLC**

/s *Jessica F. Salonus*
JESSICA F. SALONUS (28158)
139 Stonebridge Boulevard
Jackson, Tennessee 38305
Telephone: (731) 300-0970
jsalonus@salonusfirm.com

*ATTORNEYS FOR PLAINTIFFS*

**KNOX COUNTY, TENNESSEE**

s/Amanda Lynn Morse
Amanda Lynn Morse (BPR 032274)
David M. Sanders (BPR 016885)
Deputy Law Directors
Suite 612, City-County Building
400 Main Street
Knoxville, TN 37902

*ATTORNEYS FOR COUNTY DEFENDANTS*

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served on all Defendants' counsel through the Court's ECF filing system on the 28th day of September, 2022.

/s *Jessica F. Salonus*